# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:  
    Manuel A Aviles  
    Opal L Gray-Aviles  
        Debtor(s)

Case No. 12-30819

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/02/2012.

2) The plan was confirmed on 09/14/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 09/13/2017.

6) Number of months from filing to last payment: 61.

7) Number of months case was pending: 63.

8) Total value of assets abandoned by court order: $0.00.

9) Total value of assets exempted: $32,700.00.

10) Amount of unsecured claims discharged without payment: $69,120.21.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $23,100.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $23,100.00

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,100.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $984.45 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,084.45

Attorney fees paid and disclosed by debtor: $400.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVANCED INPATIENT CONSULTAN | Unsecured | 47.00 | NA | NA | 0.00 | 0.00 |
| ANESTHESIA CONSULTANTS | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| APPLIED BANK | Unsecured | 6,509.00 | NA | NA | 0.00 | 0.00 |
| ARMED FORCES BANK | Unsecured | 400.00 | 526.64 | 526.64 | 295.90 | 0.00 |
| ASSOC FOR FAMILY DENTISTRY | Unsecured | 229.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY LLC | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| ATLANTIC CREDIT & FINANCE INC | Unsecured | 1,203.00 | NA | NA | 0.00 | 0.00 |
| BANK ONE/JPM CHASE | Unsecured | 4,285.00 | NA | NA | 0.00 | 0.00 |
| BAXTER CREDIT UNION | Unsecured | 341.00 | 349.99 | 349.99 | 196.65 | 0.00 |
| BMG MUSIC SERVICE | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| BROTHER LOAN & FINANCE | Unsecured | 1,000.00 | 1,597.42 | 1,597.42 | 897.54 | 0.00 |
| BUFFALO GROVE FIRE DEPT | Unsecured | 67.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 1,981.00 | 1,870.45 | 1,870.45 | 1,050.94 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | NA | 2,131.01 | 2,131.01 | 1,197.34 | 0.00 |
| CAVALRY PORTFOLIO SERVICE LLC | Unsecured | 1,085.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 196.00 | NA | NA | 0.00 | 0.00 |
| CIGPF I CORP | Unsecured | 1,284.00 | NA | NA | 0.00 | 0.00 |
| CITIZENS HEALTH CENTER | Unsecured | 411.00 | NA | NA | 0.00 | 0.00 |
| CITY OF WAUKEGAN | Unsecured | 96.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITY OF WAUKEGAN | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITY OF WAUKEGAN | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 630.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CONDELL MEDICAL CENTER | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| CONSOLIDATED PATHOLOGIC CONS | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |
| CROSS COUNTRY BANK | Unsecured | 2,961.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| DOCTORS OFFICES OF ZION | Unsecured | 77.00 | NA | NA | 0.00 | 0.00 |
| ENH LABORATORY SERVICES | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| ENH MEDICAL GROUP | Unsecured | 352.00 | NA | NA | 0.00 | 0.00 |
| EVANSTON NORTHWESTERN HEALT | Unsecured | 397.00 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT CORP | Unsecured | 5,062.00 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT CORP | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| FOUNDERS INSURANCE | Unsecured | 805.00 | NA | NA | 0.00 | 0.00 |
| GLEN FLORAL DENTAL | Unsecured | 16.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL MEDICAL IMAGING | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| HEALTHPORT | Unsecured | 29.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BONE & JOINT INSTITUTE | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF HUMAN S | Unsecured | 1,591.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 511.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Secured | 4,400.00 | 4,400.00 | 4,400.00 | 4,400.00 | 162.97 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 404.58 | 404.58 | 227.32 | 0.00 |
| KANG-YANN LIN MD | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY FOOT & ANKLE | Unsecured | 9,778.00 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY HEALTH DEPT | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY NEUROLOGICAL | Unsecured | 86.00 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY RADIOLOGY | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| LAKE FOREST EMERGENCY PHYS | Unsecured | 39.00 | NA | NA | 0.00 | 0.00 |
| LAKE FOREST HOSPITAL | Unsecured | 1,382.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 82.00 | NA | NA | 0.00 | 0.00 |
| MIDWAY EMERGENCY PHYSICIANS | Unsecured | 439.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIAG PATHOLOGISTS | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| MILA M KYNCL MD | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| ML MEDICAL BILLING | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL QUICK CASH | Unsecured | 340.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 1,284.00 | NA | NA | 0.00 | 0.00 |
| NEXTEL COMMUNICATIONS | Unsecured | 465.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE CARDIOLOGISTS | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE CARDIOLOGISTS | Unsecured | 126.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE UNIVERSITY HEALTH | Unsecured | 936.00 | NA | NA | 0.00 | 0.00 |
| NORTH SUBURBAN DERMATOLOGY | Unsecured | 13.00 | NA | NA | 0.00 | 0.00 |
| NORTHEAST RADIOLOGY | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| NORTHERN ILLINOIS FOOT & ANKLE | Unsecured | 1,059.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COMMUNITY HOSPITA | Unsecured | 3,325.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICAL FACULT | Unsecured | 787.00 | NA | NA | 0.00 | 0.00 |
| OB GYN ASSOCS OF LIBERTYVILLE | Unsecured | 316.00 | NA | NA | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OPEN ADVANCED MRI | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| OPTHALMOLOGY PARTNERS | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| OPTHALMOLOGY PARTNERS | Unsecured | 480.00 | NA | NA | 0.00 | 0.00 |
| P PALUAY MD | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 337.00 | 1,204.44 | 1,204.44 | 676.73 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 506.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 953.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 298.00 | 366.24 | 366.24 | 205.78 | 0.00 |
| QUALITY HEALTHCARE | Unsecured | 317.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 792.00 | 1,053.80 | 1,053.80 | 592.10 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| QUANTUM3 GROUP | Unsecured | 4,259.00 | 4,136.31 | 4,136.31 | 2,324.05 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 557.00 | 609.30 | 609.30 | 342.35 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 786.00 | NA | NA | 0.00 | 0.00 |
| RIVERSIDE MEDICAL CENTER | Unsecured | 932.00 | NA | NA | 0.00 | 0.00 |
| ROSEN MAZDA | Unsecured | 1,990.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY MEDICAL CTR | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| SOUND & SPIRIT | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| SPRINT CORP | Unsecured | 618.00 | 465.00 | 465.00 | 261.27 | 0.00 |
| STEINMULLER D | Unsecured | 405.00 | NA | NA | 0.00 | 0.00 |
| STEINWALD O | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| THOMAS & THOMAS MEDICAL CTR | Unsecured | 410.00 | NA | NA | 0.00 | 0.00 |
| TOTAL REHAB | Unsecured | 850.00 | NA | NA | 0.00 | 0.00 |
| TRS RECOVERY SERVICES | Unsecured | 1,284.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY EYE SPEC | Unsecured | 124.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| VICTORY MEMORIAL HOSPITAL | Unsecured | 492.00 | NA | NA | 0.00 | 0.00 |
| VISTA MEDICAL CENTER | Unsecured | 222.00 | 184.61 | 184.61 | 184.61 | 0.00 |
| WAUKEGAN CLINIC CORPORATION | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |
| ZTEL COMMUNICATIONS | Unsecured | 104.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $6,000.00 | $6,000.00 | $0.00 |
| Debt Secured by Vehicle | $4,400.00 | $4,400.00 | $162.97 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$10,400.00** | **$10,400.00** | **$162.97** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$14,899.79** | **$8,452.58** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $4,084.45 |
| Disbursements to Creditors | $19,015.55 |
| **TOTAL DISBURSEMENTS** : | **$23,100.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/14/2017        By: /s/ Glenn Stearns
                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**